Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Diesel S.p.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIESEL S.P.A.,<br><br>*Plaintiff*<br><br>v.<br><br>KRACEBAGS898, KUAILE2023, KUKUFASION, KURTGEIGER, KUWANBAG, LACOSK, LAKIBAG, LETSHAPPY, LHZGOODBOY, LIBERTY_BAG, LIGHTLUXURYBAG99, LILINGG18, LILYSHOES1, LITCHI_BAG, LIVELY123, LOUISBAGS_18, LOUISEVIUTIONBAG, LOUISVUITTONS_BAG, LOYALBAG9, LUBAG, LUXURIOUS_BAG, LUXURY_BAG_188, LUXURY_BAGSHOP888, LUXURY_DESIGNER_BAG1, LUXURY_LADY_BAG, LUXURY_LUXURIES, LUXURYBAG1122, LUXURYBAG2023, LUXURYBAG985, LUXURYBAGCO, LUXURYBAGS1923, LUXURYBRANDDESIGNER, LUXURYS_BAG88 LUXURYS_BAGSSALE, LUXURYSHAND_BAG, LUXURYSHOULDERBAGS, MACROWOODS, MAIMAIMAI888, MARC_JACOBES, | **CIVIL ACTION NO.<br>24-cv-6169 (DEH)**<br><br>**UNSEALING ORDER** |

| |
|---|
| MARNI_BAG, MAX_SHOES_, MAYNOR88, MEDUSA_BAG, MEILV5656, MIRRORQUALITYBAG, MIUMIUHANDBAGS, MJTOTEBAG, MM789, MMYSHOES, MOON_BAG, MORE_BAG33, MOTORCYCLE_BAG, MR_FASHION, MUMOSHOES002, MY2024888, MYDAYS08, NANIESTORE, NBFA2022, NEISHOES668, NEVERFULL_BAGS, NEWBAG077, NICEBAG1, OGBAGS, OHO02, OK2023, OKK_STORE, OKKY_SHOP, OOOOMYGOD, OOTD_HANDBAG, ORGANIZER_BAG, ORIG_EDITON, ORIGINALS_BAGS, PENGNABAG66688, PENPEN888, PERFECT_DH_STORE, PERFECTBAG5566, PINGBUQINGYUNBAG, PLAIN_BAGS, PPCBAG19, PRACEBAGS898, PRADAHANDBAG, PRADAHANDBAGS, PROMISE_BAGS, PTJF8, QJYBAGS, QRACEBAGS666, RACEBAGS777, REALMADRID966, RELIEVE_CLOTHING, ROMANTIC_BAGS666, RUEE, SADDLE_BAG8, SANJIANG_CARGO, SANJIANG_ITEMS, SANJIANG_PRODUCTS, SATISFIEDBAG, and SCHOOLBAGS, |

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 12 day of September, 2024, at 5:00 p.m.
New York, New York

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE

2