UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diesel S.p.A,<br>Plaintiff(s),<br>v.<br>kracebags898 et al.,<br>Defendant(s). | 24-CV-6169 (DEH)<br><u>ORDER</u> |

DALE E. HO, United States District Judge:

There has been no activity in this matter since June 23, 2025. *See* ECF No. 24. While some Defendants have been voluntarily dismissed, many others remain. By July 17, 2026, Plaintiff is hereby ORDERED to: (1) move for default judgment, (2) voluntarily dismiss this action against the remaining Defendants, or (3) show cause why this action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated: July 8, 2026
New York, New York

DALE E. HO
United States District Judge