MEMO ENDORSED

EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

July 10, 2026

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Diesel S.p.A. v. Kracebags898., et al.*,**
**Case No. 24-cv-6169 (DEH)**
**Request to Extend Deadline for Default Judgment Motion**

Dear Judge Ho,

We represent Plaintiff Diesel S.p.A ("Plaintiff"), in the above-referenced matter (the "Action").[1] On July 3, 2026, the Court entered an Order directing Plaintiff to: (1) move for default judgment ("DJ Motion"), (2) voluntarily dismiss this action against the remaining Defendants, or (3) show cause why this action should not be dismissed for failure to prosecute the remaining Defendants by July 17, 2026 ("July 8, 2026 Order"). (Dkt. 25). Plaintiff is prepared to move for Default Judgment; however Plaintiff respectfully requests a four (4) week extension to do so. Plaintiff's counsel is currently handling a demanding caseload and extending the deadline for Plaintiff to file its DJ Motion four (4) weeks will allow Plaintiff time to complete the DJ Motion. In accordance with Your Honor's Individual Rules and Practices, Plaintiff submits the following:

1. **Original Due Date and New Date Requested**: Plaintiff's current deadline to file its DJ Motion is July 17, 2026. Plaintiff respectfully requests to file its DJ Motion by August 14, 2026.
2. **The number of previous requests for extensions**: None, this is Plaintiff's first request for an extension of time to file its DJ Motion.
3. **Whether the previous requests were granted or denied**: N/A
4. **The reason for the extension:** Plaintiff respectfully requests a four (4) week extension to file its DJ Motion as Plaintiff's counsel is currently handling a demanding caseload. Plaintiff's counsel is also experiencing scheduling constraints presented by intervening summer vacation schedules.
5. **Whether the adversary consents**: Given that Defendants are in default, Plaintiff did not seek Defendants consent.

We thank the Court for its time and consideration.

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Respectfully submitted,
**EPSTEIN DRANGEL LLP**

BY: /s/ Melissa Levine
Melissa Levine
mlevine@ipcounselors.com
6 East 45th Street, 7th Floor
New York, New York 10017
(212) 292-5390
*Attorneys for Plaintiff*

**Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 26.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 13, 2026
New York, New York