UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diesel S.p.A,

Plaintiff,

v.

kracebags898, et al.,

Defendants.

24-CV-6169 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict, the Court **ADJOURNS** the conference, currently scheduled for **September 10, 2026** at **3:00 p.m.** to **September 11, 2026** at **11:00 a.m.** The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 447 630 286, followed by the pound (#) key.

It is further **ORDERED** that Plaintiff electronically serve Defendants with a copy of this Order and file proof of service on the docket by **September 8, 2026**.

SO ORDERED.

Dated: September 4, 2026
New York, New York

DALE E. HO
United States District Judge